

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00133-CV

## Trial Court No. 14-00053

# In the Interest of J. D. H., a child

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Darla S McLeroy |
| Reporter's record | $216.00 | Van Zandt County |
| Filing | $100.00 | N/A |
| Indigent | $25.00 | N/A |
| Supreme Court chapter 51 fee | $50.00 | N/A |
| Required Texas.gov efiling fee | $20.00 | N/A |
| **TOTAL:** | $421.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 24th day of August 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk